# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162121(23)(27)(28)(29)(30)(32)(33)(35)(36)

*In re* CERTIFIED QUESTIONS FROM THE
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION
_____

AFT MICHIGAN,
          Plaintiff,
v

PROJECT VERITAS, et al.,
          Defendants,
and

MICHIGAN ATTORNEY GENERAL,
          Intervening Defendant.
_____/

SC: 162121
USDC-ED: 4:17-cv-13292

On order of the Chief Justice, the separate motions of the following groups to file briefs amicus curiae are GRANTED, and the amicus briefs are accepted for filing:

- Michigan Democratic Party
- Michigan Counsel for Professional Investigators and Michigan Association of Security and Investigative Professionals
- Michigan Coalition to End Domestic and Sexual Violence
- Michigan Education Association
- Reporters Committee for Freedom of the Press and 18 media organizations
- America Votes, Detroit Regional Chamber, Equality Michigan, Michigan Voices, and Planned Parenthood of Michigan
- Michigan Employment Lawyers' Association, Fair Housing Center of West Michigan, Fair Housing Center of Southwest Michigan, Fair Housing Center of Southeast and Mid-Michigan, and Fair Housing Center of Metropolitan Detroit
- Michigan Association for Justice

On further order of the Chief Justice, the motion of plaintiff to file a reply in excess of the page limitation is GRANTED. The 17-page reply submitted on February 24, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2021



Clerk